McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. ROHLMAN, JR.,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>    Defendant. | CIV-S-04-2259 PAN<br><br>STIPULATION DISMISSING CASE |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, that the above-captioned case is dismissed under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

DATED: April 26, 2005        /s/ Harold D. Hadley, Jr.
                             HAROLD D. HADLEY, JR.
                             Attorney at Law

                             Attorney for Plaintiff

DATED: April 26, 2005        McGREGOR W. SCOTT
                             United States Attorney


                         By: /s/ Bobbie J. Montoya
                             BOBBIE J. MONTOYA
                             Assistant U. S. Attorney

                             Attorneys for Defendant

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. ROHLMAN, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIV-S-04-2259 PAN<br><br>[proposed] ORDER |

　　Upon stipulation of the parties, the above-captioned case is HEREBY DISMISSED under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

　　SO ORDERED.

　　Dated: May 11, 2005.

　　　　　　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
　　　　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge